IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 08-CR-167 |
| | : | |
| v. | : | |
| | : | |
| ROBERT TRAUFFER | : | |

O R D E R

AND NOW, this 17TH day of February, 2010, it is hereby **ORDERED** that above-named defendant shall surrender to his institution of designation by 2:00p.m. on or before March 18, 2010, to be begin service of sentence as imposed on February 16, 2010. If designation has not occurred by above date and time, defendant shall surrender to the United States Marshal Service at the United States Courthouse, 601 Market Street, Philadelphia Pa 19106 as directed by that Agency.

All conditions of release as previously imposed remain in full force and effect.

BY THE COURT:

/s/ CYNTHIA M. RUFE, J.

______________________________
HON. CYNTHIA M. RUFE, J.