**GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC**
**BY: MICHAEL J. ENGLE, ESQUIRE**
**ID NO. 85576**
**123 SOUTH BROAD STREET, SUITE 2500**
**PHILADELPHIA, PA 19109**
**(215) 985-4275**

**ATTORNEY FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 08-167** |
| | : | |
| **ROBERT TRAUFFER** | : | |

**ORDER**

**AND NOW,** to wit this 30th day of May, 2014, upon consideration of the Defendant's Motion for Return of Passport, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Return of Passport is GRANTED and the Clerk's Office shall return the passport of ROBERT TRAUFFER to the Defendant and/or his counsel, Michael J. Engle, Esquire, forthwith.

BY THE COURT:

Cynthia M. Rufe
HONORABLE CYNTHIA M. RUFE
United States District Court Judge

cc
Fiscal
S/T